# NOT DESIGNATED FOR PUBLICATION

## STATE OF LOUISIANA

## COURT OF APPEAL

## FIRST CIRCUIT

## 2022 CA 0977

## PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS

### VERSUS

## BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND THOMAS GALLIGAN, INDIVIDUALLY AND IN HIS CAPACITY OF PRESIDENT OF LOUISIANA STATE UNIVERSITY

*DATE OF JUDGMENT:* SEP 1 9 2023

ON APPEAL FROM THE NINETEENTH JUDICIAL DISTRICT COURT
PARISH OF EAST BATON ROUGE, STATE OF LOUISIANA
NUMBER 702660, SECTION 25

HONORABLE WILSON E. FIELDS, JUDGE

\* \* \* \* \* \*

Alysson L. Mills
Kristen D. Amond
New Orleans, Louisiana

Counsel for Plaintiff-Appellee
People for the Ethical Treatment
of Animals

Winston G. DeCuir, Jr.
Carlton "Trey" Jones, III
Johanna A. Posada
Baton Rouge, Louisiana

Counsel for Defendant-Appellant
Board of Supervisors of Louisiana
State University and Thomas C.
Galligan, Individually and in his
Capacity as Former Interim President
of Louisiana State University

Sheri M. Morris
Christina Berthelot Peck
Katelin Hughes Varnado
Evan P. Fontenot
Baton Rouge, Louisiana

\* \* \* \* \* \*

BEFORE: THERIOT, CHUTZ, AND HESTER, JJ.

Disposition: APPEAL DISMISSED. RELIEF REQUESTED IN ANSWER DENIED.

**CHUTZ, J.**

Defendants-appellants, Board of Supervisors of Louisiana State University and Thomas C. Galligan, individually and in his capacity as an interim president of Louisiana State University (collectively LSU), appeal the trial court's judgment, ordering LSU to produce to plaintiff-appellee, People for the Ethical Treatment of Animals (PETA), records related to the use of birds in research at LSU that PETA requested pursuant to the Louisiana Public Records Act.

Our review of the record shows that the trial court signed two judgments on February 3, 2022, both of which LSU appealed but neither of which was final. In accordance with our interim order, the trial court signed a final judgment on June 15, 2023, which was the subject of our review in the companion appeal. See *People for the Ethical Treatment of Animals v. Bd. of Supervisors of Louisiana State Univ.*, 2022-0976 (La. App. 1st Cir. 09/19/23), --- So.3d ---- n.2, also rendered this day. Because we have disposed of all of LSU's contentions in the companion case, this appeal is moot. See *Cat's Meow, Inc. v. City of New Orleans Through Dep't of Finance*, 98-0601 (La. 10/20/98), 720 So.2d 1186, 1193 ("A case is 'moot' when a rendered judgment or decree can serve no useful purpose and give no practical relief or effect.").

PETA answered the lawsuit seeking attorney fees for defending the appeal. See La. R.S. 44:35(D)(1).[1] We decline to make such an award in this appeal. See *People for the Ethical Treatment of Animals v. Bd. of Supervisors of Louisiana State Univ.*, --- So.3d at ---- n.13.

---

[1] La. R.S. 44:35(D)(1) provides:

> If a person seeking the right to inspect, copy, or reproduce a record or to receive or obtain a copy or reproduction of a public record prevails in such suit, he shall be awarded reasonable attorney fees and other costs of litigation. If such person prevails in part, the court may in its discretion award him reasonable attorney fees or an appropriate portion thereof.

For these reasons, we dismiss the appeal. In accordance with our assessment of costs in *People for the Ethical Treatment of Animals v. Bd. of Supervisors of Louisiana State Univ.*, --- So.3d at ----, appeal costs in the total amount of $7,396.00 are assessed one-half against defendants-appellants, Board of Supervisors of Louisiana State University and Thomas C. Galligan, individually and in his capacity as an interim president of Louisiana State University and one-half against plaintiff-appellee, People for the Ethical Treatment of Animals.

**APPEAL DISMISSED. RELIEF REQUESTED IN ANSWER DENIED.**